# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 25 PM 12: 37

Edgar Perry,

    Plaintiff,

V.

Stephanie L. Walker,

    Defendant

TO: (Name and address of defendant)

Stephanie L. Walker
5151 Hilltop Drive
El Sobrante, California 94803

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-00787 EDL

*BECAUSE OF INVASION OF SERVICE THIS PROOF OF SERVICE WAS DELAYED AND SUBSTITUTES THE ONE PREVIOUSLY SUBMITTED (Exhibit) THANKS,*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edgar Perry, pro. se.
2540 Market Avenue
San Pablo, California 94806-4542

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 2/19/08

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE 2/19/08 |
| Name of SERVER Darlene Kukonen | | TITLE N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: Anthony Keith Norris. Defendant's domestic partner; papers given to above at 5151 Hilltop Dr., El Sobrante, California 94803's garage (after informing him the papers were for defendant) and witnessed by plaintiff across the street. El Sobrante, California 94803

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | N/A | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/19/08
                 Date

Signature of Server
2540 Matket Avenue
San Pablo, California 94806-4542
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure