1  Edgar Perry
2  2540 Market Avenue
3  San Pablo, California 94806-4542
4  (510)234-1392
5  Plaintiff

FILED
FEB X 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

6           UNITED STATES DISTRICT COURT
7           NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION

9  EDGAR PERRY,                    )
                                   )
10                      Plaintiff, ) Case No. C08-00787 EDL
                                   ) MOTION TO ALLOW PLAINTIFF
11 vs.                             )
                                   ) TO CARRY A GUN FOR HIS
12 STEPHANIE L. WALKER             )
                                   ) SELF DEFENCE AND MEMBERS
13 AND DOES 1 THROU 100 ,          )
                                   ) OF HIS FAMILY
14 _____Defendants.)

15

16         And now comes plaintiff and prays the court
17 for a permit to carry a gun for the time necessary to protect
18 himself and his family under the particular circumstances presen-
19 ted in the complaint in this case, to wit: written and oral death
20 threats to his person and family.

21                         Respectfully submitted,
22                         /s/ Edgar Perry
23                         Edgar Perry, pro. se.
24                         2540 Market Avenue
25                         San Pablo, California 94806-4542
26                         (510) 234-1392
27
28

```
 1  Edgar Perry
 2  2540 Market Avenue
 3  San Pablo, California 94806-4542
 4  (510) 234-1392
 5  Plaintiff
 6                UNITED STATES DISTRICT COURT
 7                NORTHERN DISTRICT OF CALIFORNIA
 8                   SAN FRANCISCO DIVISION
 9  EDGAR PERRY,                  )
                                  )
10              Plaintiff,        ) Case NO. C08-00787 EDL
                                  )
11  STEPHANIE L. WALKER,          ) "(PROPOSED) ORDER"
                                  )
12  AND DOES 1 THROU 1oo,         )
                                  )
13  _____Defendants.___)
14
15            This court orders case no. RSC 07-1018 of the
16  Small Claims Court, from the Bay Court, Superior Court of the
17  Contra Costa County, State of California to be incorporate, if
18  judge of said Small Claims Court does not decide to dismiss said
19  case, to this case in this court.
```