CERTIFICATE OF SERVICE

I, Jose Martin Cervantes, over the age of eighteen, not a party to this lawsuit, swear under the penalty of perjury that on February the 7th. 2008, I mailed over to Stephanie L. Walker, of 5151 Hilltop Drive, El Sobrante, California 94803, the Motion to allow plaintiff to incorporate case of this court's No. C08-00787 EDL, and the Small Claims Court of the County of Contra Costa, State of California, located at 100-37th. Street, Richmond, California 94803. So the one at the Small Claims be closed.

    For being the truth I sign on this 7th. day of February 2008 this certificate of service

**FILED**

**FEB X 8 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA