1 | Edgar Perry
2 | 2540 Market Avenue
3 | San Pablo, California 94806-4542
4 | (510) 234-1392
5 | Plaintiff

6 | UNITED STATES DISTRICT COURT
7 | NORTHERN DISTRICT OF CALIFORNIA
8 | SAN FRANCISCO DIVISION

9 | EDGAR PERRY,                    )
                                    )
10|             Plaintiff,          ) Case No. C08-00787 EDL
                                    )
11| STEPHANIE L. WALKER,            ) "(PROPOSED) ORDER"
                                    )
12| AND DOES 1 THROU Loo            )
                                    )
13|             Defendants.         )

14|
15|         This court orders case No. RSC 07-1018 of the
16| Small Claims Court, from the Bay Court, Superior Court of the
17| Contra Costa County, State of California, to be incorporated,
18| if judge of said Small Claims Court does not decide to dismiss
19| said case, to this case in this court.

[RECEIVED FEB X 8 2008 FINANCE DEPARTMENT U.S. DISTRICT COURT NORTHERN DISTRICT OF CA]

[handwritten annotation: "Ms. Harrell, Notify for this order in the Complaint filed. Thanks."]