**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  EDGAR PERRY,                                              No. C 08-00787 CRB
12          Plaintiff,                                        **Clerk's Notice**
13     v.
14  STEPHANIE WALKER,
15          Defendant.
                                              /
16
17  YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
18  Friday, May 16, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case
    management scheduling order shall remain the same.
19
20  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
    San Francisco, CA  94102.
21
22
    Dated:   March 17, 2008                                   FOR THE COURT,
23
                                                              Richard W. Wieking, Clerk
24                                                      By:  _____
25                                                            Barbara Espinoza
                                                              Courtroom Deputy
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDGAR PERRY,

        Plaintiff,

  v.

STEPHANIE WALKER et al,

        Defendant.
                                          /

Case Number: CV08-00787 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edgar Perry
2540 Market Ave.
San Pablo, CA 94806-4542

Stephanie Walker
5151 Hilltop Drive
El Sobrante, CA 94803

Dated: March 17, 2008

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk