IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR PERRY,

    Plaintiff,

 v.

STEPHANIE WALKER,

    Defendant.
                                   /

No. C 08-00787 CRB

**JUDGMENT**

    The Court having dismissed Plaintiff's complaint, judgment is entered in favor of Defendant and against Plaintiff Edgar Perry.

    **IT IS SO ORDERED.**

Dated: March 18, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0787\Judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDGAR PERRY,

          Plaintiff,

  v.

STEPHANIE WALKER et al,

          Defendant.
                                            /

Case Number: CV08-00787 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edgar Perry
2540 Market Ave.
San Pablo, CA 94806-4542

Stephanie Walker
5151 Hilltop Drive
El Sobrante, CA 94803

Dated: March 19, 2008

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk