UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGAR PERRY,

       Plaintiff,    No. C-08-00787

  v.                 MOTION TO APPEAL

STEPHANIE L. WALKER

AND DOES 1 THROUGH 100

       Defendants.  /

FILED
MAR 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

         And now comes the plaintiff and requests the court to instruct the clerk to have the case ready for appeal, to include package filed March 20th. 2008.

Dated: March 21st. 2008

                                  Respectfully submitted,

                                  *[signature]*

                                  Edgar Perry, per se

                                  2540 Market Avenue

                                  San Pablo, California 94806-4542