C-08-0787 CRB

PROOF OF SEVICE

1  
2  I, J. Edgar Pereira, of 2540 Market Avenue, San Pablo,
3  California 94806-4542, over the age of eighteen, declare under
4  oath that on the 21st. of March, 2008, I placed in the United
5  States mail, pre-paid postage, an envelope with a Motion to A-
6  ppeal addressed as follows: Stephanie L. Walker, 5151 Hilltop
7  Drive, El Sobrante, California 94803.
8      For being true and to the best of my knowledge correct,
9  I sign

FILED

MAR 2 5 2008

RICHARD W. WIEKING
DISTRICT COURT
DISTRICT OF CALIFORNIA