**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking  Clerk | | General Court Number  415.522.2000 |

March 26, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-00787 CRB**

**CASE TITLE: EDGAR PERRY-v-STEPHANIE WALKER**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the **Notice of Appeal** in the above captioned case.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator

cc:  Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 26, 2008

**CASE INFORMATION:**
Short Case Title:  <u>EDGAR PERRY</u>-v- <u>STEPHANIE WALKER</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.:  <u>CV 08-00787 CRB</u>
Date Complaint/Indictment/Petition Filed: <u>2/4/08</u>
Date Appealed order/judgment *entered* <u>3/18/08</u>
Date NOA *filed* <u>3/25/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)        ☐ denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: <u>none</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                              Date Docket Fee Billed: <u>3/26/08</u>
Date FP granted:                                   Date FP denied:
Is FP pending? ☐ yes  ☐ no                         Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                 Appellee Counsel:
Edgar Perry                                        Stephanie Walker
2450 Market Avenue                                 5151 Hilltop Drive
San Pablo, CA 94806-4542                           El Sobrante, CA 94803

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                       Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2000