```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA

EDGAR PERRY,

         Plaintiff,     No. C-08-00787          FILED

    v.                  MOTION TO APPEAL        MAR 2 5 2008

STEPHANIE L. WALKER                             RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
AND DOES 1 THROUGH 100                      NORTHERN DISTRICT OF CALIFORNIA

         Defendants.   /
```

And now comes the plaintiff and requests the court to instruct the clerk to have the case ready for appeal, to include package filed March 20th. 2008.

Dated: March 21st. 2008

Respectfully submitted,

*[signature]*

Edgar Perry, per se

2540 Market Avenue

San Pablo, California 94806-4542

ADRMOP, APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00787-CRB
### Internal Use Only

Perry v. Walker  
Assigned to: Hon. Charles R. Breyer  
Demand: $330,000  
Cause: 28:1331(a) Fed. Question: Real Property

Date Filed: 02/04/2008  
Date Terminated: 03/18/2008  
Jury Demand: None  
Nature of Suit: 290 Real Property: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Edgar Perry**                represented by **Edgar Perry**  
2540 Market Ave.  
San Pablo, CA 94806-4542  
(510)234-1392  
PRO SE

V.

**Defendant**

**Stephanie Walker**           represented by **Stephanie Walker**  
5151 Hilltop Drive  
El Sobrante, CA 94803  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | COMPLAINT against Stephanie Walker ( Filing fee $ 350, receipt number 44611001793; no summons issued). Filed by Edgar Perry. (Attachments: # 1 Civil Cover Sheet)(sv, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/06/2008) |
| 02/04/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 5/6/2008. Case Management Conference set for 5/13/2008 10:00 AM. (Attachments: # 1 Standing Order for Judge Laporte, # 2 Standing Order Re: CMC)(sv, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/06/2008) |
| 02/04/2008 |   | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/06/2008) |
| 02/08/2008 | 3 | CLERK'S NOTICE to all parties requesting that parties file a consent to proceed before a US Magistrate Judge (sis, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 2/8/2008) (Entered: 02/12/2008) |
| 02/08/2008 | 5 | DECLINATION to Proceed Before a United States Magistrate Judge & REQUEST for Reassignment to a United States District Judge. (tn, COURT STAFF) (Filed on 2/8/2008) (tn, COURT STAFF). (Entered: 03/06/2008) |
| 02/08/2008 | 6 | MOTION to Allow Plaintiff to Carry a Gun for His Self Defense & Members of his Family Filed by Pro se Plaintiff Edgar Perry. (tn, COURT STAFF) (Filed on 2/8/2008) (tn, COURT STAFF). (Entered: 03/06/2008) |
| 02/08/2008 | 7 | CERTIFICATE OF SERVICE Filed by Pro se Plaintiff Edgar Perry of re 6 MOTION to Allow Plaintiff to Carry a Gun for His Self Defense & Members of his Family. (tn, COURT STAFF) (Filed on 2/8/2008) (tn, COURT STAFF). (Entered: 03/06/2008) |
| 02/08/2008 | 8 | [Proposed] Order Submitted by Pro se Plaintiff Edgar Perry. (tn, COURT STAFF) (Filed on 2/8/2008) (tn, COURT STAFF). (Entered: 03/06/2008) |
| 02/15/2008 | 9 | CLERK'S NOTICE of Impending Reassignment to a United States District Court Judge. (tn, COURT STAFF) (Filed on 2/15/2008) (Entered: 03/06/2008) |
| 02/25/2008 | 4 | SUMMONS Returned Executed Filed by Pro se Plaintiff Edgar Perry Upon DefendantStephanie Walker Served Personally to Anthony Keith Norris, Defendant's domestic partner on 2/19/2008. (tn, COURT STAFF) (Filed on 2/25/2008) (Entered: 02/27/2008) |
| 03/06/2008 | 10 | ANSWER to Complaint Filed by Pro se Defendant Stephanie Walker. (tn, COURT STAFF) (Filed on 3/6/2008) (Entered: 03/07/2008) |
| 03/14/2008 | 11 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Charles R. Breyer for all further proceedings. Judge Magistrate Judge Elizabeth D. Laporte no longer assigned to the case. Signed by Executive Committee on 3/14/08. (mab, COURT STAFF) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/14/2008 | 15 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options by defendant Stephanie Walker. (mcl, COURT STAFF) (Filed on 3/14/2008) (Entered: 03/18/2008) |
| 03/14/2008 | 16 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) by defendant Stephanie Walker. (mcl, COURT STAFF) (Filed on 3/14/2008) (Entered: 03/18/2008) |
| 03/17/2008 | 12 | CLERK'S NOTICE Case Management Conference set for 5/16/2008 08:30 AM. (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/18/2008 | 13 | ORDER dismissing complaint. Signed by Judge Breyer on 03/18/2008. (crblc2, COURT STAFF) (Filed on 3/18/2008) (Additional attachment(s) added on 3/19/2008: # 1 Certificate of Service) (be, COURT STAFF). Modified on 3/19/2008 (mcl, COURT STAFF). (Entered: 03/18/2008) |
| | | |

| 03/18/2008 | 14 | JUDGMENT. Signed by Judge Breyer on 03/18/2008. (crblc2, COURT STAFF) (Filed on 3/18/2008) (Additional attachment(s) added on 3/19/2008: # 1 Certificate of Service) (be, COURT STAFF). (Entered: 03/18/2008) |
| --- | --- | --- |
| 03/18/2008 |  | (Court only) ***Civil Case Terminated. (crblc2, COURT STAFF) (Filed on 3/18/2008) (Entered: 03/18/2008) |
| 03/20/2008 |  | Received Request for document production by Edgar Perry. (mcl, COURT STAFF) (Entered: 03/25/2008) |
| 03/25/2008 | 17 | NOTICE OF APPEAL by Edgar Perry. Fee NOT paid. (mcl, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 18 | CERTIFICATE OF SERVICE by Edgar Perry re 17 Notice of Appeal. (mcl, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/26/2008 | 19 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 17 Notice of Appeal. (mcl, COURT STAFF) (Additional attachment(s) added on 3/26/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 03/26/2008) |
| 03/26/2008 | 20 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Entered: 03/26/2008) |
| 03/26/2008 | 21 | Mailed request for payment of docket fee to appellant. (cc to USCA) (mcl, COURT STAFF) (Entered: 03/26/2008) |
| 03/26/2008 | 22 | Certificate of Record Mailed to USCA re 17 Notice of Appeal. (mcl, COURT STAFF) (Entered: 03/26/2008) |