**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                            415.522.2000

March 26, 2008

Edgar Perry
2540 Market Avenue
San Pablo, CA 94806-4542

SUBJECT:    Request for Payment of Docket Fee

**Title:  EDGAR PERRY -v- STEPHANIE WALKER**
**Case Number:        CV 08-00787 CRB**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on March 25, 2008 and the docketing fee of $ 455.00  has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator

cc: U.S. Court of Appeals