```
                    UNITED STATES DISTRICT COURT      FILED
                  NORTHERN DISTRICT OF CALIFORNIA
                                                   08 APR 10 PM 1:29
EDGAR PERRY,              MOTION REQUESTING CLARIFICATION OF TWO
                                                CLERK U.S. DISTRICT COURT
        Plaintiff,        ENTRIES ON THE DOCKET TEXT OF CASE No.
                          ~~C-00787-CRB~~
     v.
STEPHANIE L. WALKER       C-08-0787 CRB
AND DOES 1 THROUGH 100,
        DEFENDANTS.
```

And now comes the plaintiff and requests an understandable explanation of the annotation on top of the court's docket text "ADRMOP", as well as entries of 3/14/2008 "ADR Certification (ADR L. R. S-5b) of <u>Discussion</u> of ADR options by defendant Stephanie Walker (mcl, Court Staff) and, with the same file date, Notice of need for ADR phone conference by defendant Stephanie Walker (mcl Court Staff)."

Plaintiff never received copies of such discussion of documents files and he did not waive service (or was asked for such) and is entitled to be informed of any moves by any defendant: if there was conversations off the record wich the Court Staff and any defendant and which might had influenced in any way the veredictum of the court plaintiff requests to be informed on the grounds of possible discrimination, such as in a lower court proceedings.

Respectfully sumitted,

*Edgar Perry* (signature)

Edgar Perry

2540 Market Avenue, San Pablo,

California 94806-4542

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
| EDGAR PERRY, | MOTION REQUESTING CLARIFICATION OF TWO |
| Plaintiff, | ENTRIES ON THE DOCKET TEXT OF CASE No. |
| v. | C 00787-CRB |
| STEPHANIE L. WALKER | |
| AND DOES 1 THROUGH 100, | |
| DEFENDANTS. | |

   And now comes the plaintiff and requests an understandable explanation of the annotation on top of the court's docket text "ADRMOP", as well as entries of 3/14/2008 "ADR Certification (ADR L. R. S-5b) of Discussion of ADR options by defendant Stephanie Walker (mcl, Court Staff) and, with the same file date, Notice of need for ADR phone conference by defendant Stephanie Walker (mcl Court Staff)."

   Plaintiff never received copies of such discussion of documents files and he did not waive service (or was asked for such) and is entitled to be informed of any moves by any defendant: if there was conversations off the record wich the Court Staff and any defendant and which might had influenced in any way the veredictum of the court plaintiff requests to be informed on the grounds of possible discrimination, such as in a lower court proceedings.

   Respectfully sumitted,

   *[signature]*

   Edgar Perry

   2540 Market Avenue, San Pablo,
   California 94806-4542

C00787CRB

CERTIFICATE OF SERVICE

1  
2      I, J. Edgar Pereira, of 2540 Market Avenue, San Pablo,
3  California 94806-4542, over the age of eighteen, declare under
4  oath that on April 9th. 2008, I placed in the United States mail,
5  pre-paid postage, an envelope with a Motion Requesting Clarifica-
6  tion of two entries on the docket text of case No. C 00787-CRB
7  addressed as follows: Stephanie L. Walker, 5151 Hilltop Drive,
8  El Sobrante, California 94803.
9      For being true and for best of my knowledge correct,
10                                            I sign,
11                                          *[signature]*
12                                          J. Edgar Pereira

Mr. Edgar Perry
2540 Market Ave
San Pablo CA 94806-4542



9410233661 0004

To THE CLERK
U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCIS cO CA. 94102




USA 41