```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

EDGAR PERRY,

    PLAINTIFF,         No. C 08-00787 CRB

  v.                      MOTION TO REQUEST EXCERPTS OF RECORD

STEPHANIE L. WALKER,

AND DOES 1 TROUGH 100,

    DEFENDANTS.

        Plaintiff requests the court to order the clerk to mail him excerpts of record expeditiously for submission of it to the higher court at the time of the file of the Opening Brief there, to wit: April 23rd. 2008.

                                               Respectfully submitted,

                                               Edgar Perry, per. se.

                                               2540 Market Avenue

                                               San Pablo, California 94806-4542

CERTIFICATE OF SERVICE

1

2    I, J. Edgar Pereira, of 2540 Market Avenue, San Pablo,
3 California 94806-4542, over the age of eighteen, declare under
4 oath that on April 6th. 2008, I placed in the United States mail,
5 pre-paid postage, an envelope with a Motion to Request Excerpts
6 of the Record addressed as follows: Stephanie L. Walker, 5151 Hill-
7 top Drive, El Sobrante, California 94803.

8    For being true and to the best of my knowledge corret,
9    I sign

*[signature]*
J. Edgar Pereira