IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR PERRY,

    Plaintiff,

  v.

STEPHANIE WALKER,

    Defendant.
_____/

No. C 08-00787 CRB

**ORDER**

Now pending before the Court is plaintiff's request for the clerk to mail him excerpts of the record for his appeal. Plaintiff's request is DENIED. As plaintiff is not proceeding *in forma pauperis*, plaintiff is responsible for copying the excerpts of record he requires.

**IT IS SO ORDERED.**

Dated: May 5, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0787\orderreexcerpts.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDGAR PERRY,

        Plaintiff,

  v.

STEPHANIE WALKER et al,

        Defendant.
                                      /

Case Number: CV08-00787 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edgar Perry
2540 Market Ave.
San Pablo, CA 94806-4542

Stephanie Walker
5151 Hilltop Drive
El Sobrante, CA 94803

Dated: May 5, 2008

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk