IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR PERRY,                    No. C 08-00787 CRB

    Plaintiff,              MOTION TO RECONSIDER ORDER AND JUDGEMENT

v.,                             OF MARCH 18th. 2008, OR ALTERNATIVELY

STEPHANIE L. WALKER             FOR JUDGEMENT AS MATTER OF LAW

AND DOES 1 THROU 100,           MOTION TO RECONSIDER MAY 5th. 2008 ORDER

    DEFENDANTS,

        Plaintiff, after having been held on wait for a length of time to re-assign this case (which is procedure of the court) then the court moved to Order the case closed by Judgement of March 18th. 2008, without granting plaintiff time to introduce evidence and to move for further Motions. Court did send back to plaintiff Proof of Service of two Motions, but plaintiff did not receive to this date said Order and Judgement: and plaintiff never had problems to receive mail at the present address of twenty three years.

        On March 25th. 2008, plaintiff having learnt from a court room deputy clerk that he should go to the court to know if she should move the court to allow him to incorporate the defendant's Stephanie L. Walker case from the Small Claims, Richmond, California, Bay Court (which the Honorable Berger, having gone to investigate in the field, in a similar case of flooding by willfullness to partial to this one), and which she, plaintiff there, lost, plaintiff in this case, was given copy by the Front Office of this court of said Order and Judgement, but it was too late for plaintiff to request court's authorization to move for reconsideration of March 18th. 2008 said Order and Judgement.

1  Because one of the defendants in this case (the son
2  of Anthony Keith Norris, another defendant in this case, House
3  partner of Stephanie L. Walker, main defendant of this case), lives
4  in another State this case falls under the category of Diversity
5  Jurisdiction; thus plaintiff petitions the court to reconsider
6  its May 5th. 2008 Order to deny plaintiff's plea to transfer excer-
7  pts of record to the Ninth Circuit Court of Appeals, San Francis-
8  co, California, and plaintiff prays the court to favour this Mo-
9  tion.

Respectfully submitted,

*[signature]*

(signed and dated May 7th. 2008)

Edgar Perry

2540 Market Avenue-phone No. (510)

234-1392

San Pablo, Ca, 94806-4542

1  PROOF OF SERVICE

2      I, J. Edgar Pereira, of 2540 Market Avenue, San Pa-
3  blo, California 94806-4542, over the age of eighteen, declare un-
4  der oath that on May 7th. 2008, I placed in the United States Mail,
5  pre-paid postage, an envelope with a Motion to Reconsider Order
6  and Judgement of March 18th. 2008, Or Alternatively for Judgement
7  as Matter of Law, as well as Motion to Reconsider Order of May
8  5th. 2008, addressed as follows: Stephanie L. Walker, 5151 Hill-
9  top Drive, El Sobrante, California 94803.

10     For being true and to the best of my knowledge correct,
11     I sign,

12                                         *[signature]*
13                                         (J. Edgar Pereira)