**FILED**

**NOT FOR PUBLICATION**

JUL 24 2008

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDGAR PERRY, | No. 08-15688 |
| Plaintiff - Appellant, | D.C. No. 08-CV-00787-CRB |
| v. | |
| STEPHANIE WALKER, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Charles R. Breyer, District Judge, Presiding

Submitted July 14, 2008[**]

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

A review of the record, appellant's opening brief, and the parties' responses to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied.

**AFFIRMED.**