Edgardo A. Perry
2540 Market Ave.
San Pablo, CA 94806

To the Clerk,
U. S. District Court
450 Golden Gate Ave.
San Francisco, Ca. 94102

FILED

AUG 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk,

Re. D. C. No. 08-CV-00787-CRB

    Is there any particular reason why you mailed me copy of the Appeal's Court MEMORANDUM of July 24th. 2008, case no. 08-15688, other than to execuse your court for not mailing me the Order of, and the Judgement, the above re. case of mine in your court?

    Said Appeal's Court decision will be taken care(according to the rules of the full court in Washington) after its decision to my Petition for Reconsideration of the court's 24th. 2008 MEMORANDUM, to wit: Writ of Certiorari in due time.

    Should I thank you for telling you how much I appreciate said not mailing of your court''s Order and Judgement, so that if I hadn't find out about it I wouldn't have enough time to appeal to the upper court?

              Not so faithfully yours,

*[signature: Edgar Perry]*

Post Scriptum: Not to mention that: There was Diversity Jurisdiction mentioned in the Appellant's Informal Brief at the higher court, there were Constitution's interpretation question posed to both courts and I almost got killed because of this case and the courts decree this case "insubstantial"; in what country are we, a banana Republic, where criminal have constitutional rights and decent people don't?

Edgar Perry
2540 Market Ave.
San Pablo, CA 94806

OAKLAND CA 946
07 AUG 2008 PM 7 T

To the Clerk
U. S. District Court
450 Golden Gate Ave.
San Francisco, Ca. 94102